| Case No. 2:20-cv-08299-SB-AS | | Case Name: *Gonzales, et. al. v. Charter Communications* | | |
|---|---|---|---|---|
| **Final Pretrial Conference (FPTC) and Trial Dates** | | Pl(s)' Date (mm/dd/yy) | Def(s)' Date (mm/dd/yy) | Court Order (mm/dd/yy) |
| Check one: **X** Jury Trial or ☐ Court Trial **(Monday at 8:30 a.m., within 12 months after Complaint filed\*)** * The Court may allow more or less than 12 months depending on case complexity. | | To be set after ruling on dispositive motion | To be set after ruling on dispositive motion | ☐ Jury Trial ☐ Court Trial ____ Days |
| FPTC [L.R. 16] / Hearing on Motions in Limine **(Friday at 11:00 a.m. (at least 18 days before trial)** | | To be set after ruling on dispositive motion | To be set after ruling on dispositive motion | |
| **Event†** Hearings are on Fridays at 8:30 a.m. (Other dates may be any weekday.) | **Weeks Before FPTC** | **Pl(s)' Date mm/dd/yy** | **Def(s)' Date mm/dd/yy** | **Court Order mm/dd/yy** |
| Motion to Amend Pleadings/Add Parties: Last Day to Hear (60 days after the scheduling conference) | | 1/09/20 | 1/09/20 | |
| Discovery Cut-Off (Non-Expert) (no later than deadline for filing dispositive motion) | 18 | 06/25/21 | 06/25/21 | |
| Discovery Cut-Off (Experts) | 14‡ | 8/20/21 | 8/20/21 | |
| Expert Disclosure (Initial) | (20) | 7/9/21 | 7/9/21 | |
| Expert Disclosure (Rebuttal) | (18) | 7/30/21 | 7/30/21 | |
| Last Date to Hear Motions [Friday] • Rule 56 Motion due at least 5 weeks before hearing • Opposition due 2 weeks after Motion is filed • Reply due 1 week after Opposition is filed | 12 | 11/26/21 Dispositive and *Daubert* Motions: 9/3/21 Oppositions: 9/24/21 Replies: 10/15/21 Hearing: 11/26/21 | 11/26/21 Dispositive and *Daubert* Motions: 9/3/21 Oppositions: 9/24/21 Replies: 10/15/21 Hearing: 11/26/21 | |
| Deadline to Complete Settlement Conference [L.R. 16-15] *Select one*: ☐ 1. Magistrate Judge (with Court approval) ☐ 2. Court's Mediation Panel **X** 3. Private Mediation | 10 | 7/25/21 | 7/25/21 | ☐ 1. Mag. J. ☐ 2. Panel ☐ 3. Private |
| **Trial Filings (first set)** • Motions in Limine • Memoranda of Contentions of Fact and Law [L.R. 16-4] • Witness Lists [L.R. 16-5] • Joint Exhibit List [L.R. 16-6.1] • Joint Status Report Regarding Settlement • Proposed Findings of Fact and Conclusions of Law [L.R. 52] (court trial only) • Direct Testimony Declarations if ordered (court trial only) | 4 | To be set after ruling on dispositive motions | To be set after ruling on dispositive motions | |

| | | | | |
|---|---|---|---|---|
| **Trial Filings (second set)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial)<br>• Disputed Proposed Jury Instructions (jury trial)<br>• Joint Proposed Verdict Forms (jury trial)<br>• Joint Proposed Statement of the Case (jury trial)<br>• Proposed Additional Voir Dire Questions, if any (jury trial)<br>• Evidentiary Objections to Decls. of Direct Testimony (court trial) | 2 | To be set after ruling on dispositive motions | To be set after ruling on dispositive motions | |