JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>CHARTER COMMUNICATIONS, LLC et al.,<br><br>       Defendants. | Case No. 2:20-cv-08299-SB-AS<br><br>FINAL JUDGMENT |

    For the reasons set forth in (1) the October 26, 2020 order granting Defendant Charter Communications, LLC's (Charter) motion to dismiss and compel arbitration, (2) the August 27, 2021 order dismissing Plaintiffs Felipe Becerra and Carlos Serpas on the parties' stipulation, (3) the January 26, 2022 order granting in part Charter's motion for summary judgment and dismissing all Fair Labor Standards Act (FLSA) claims of the conditionally certified collective and Plaintiff Michael Gonzales's state law claims based on on-call time and vehicle inspection time other than time spent on "circle of safety" vehicle inspections conducted off-the-clock, (4) the November 18, 2022 order denying Charter's motion to enforce arbitration agreements, which approved the voluntary dismissal of Plaintiff Artur Kosinski's claim under California's Private Attorneys General Act (PAGA) (Cal. Lab. Code § 2698 et seq.), and (5) the Court's Findings of Fact and Conclusions of Law issued separately on January 5, 2023 finding that time spent on "circle of safety" vehicle inspections is not compensable under state law and therefore Gonzales's remaining state law claims fail, it is hereby

    ORDERED, ADJUDGED, AND DECREED that the claims of Plaintiffs Norberto Alarcon, Alberto Arena, Felipe Becerra, Craig Bowlan, Ronald Flores, Sting Funez, Dennis Harmon, Julio Hernandez, Artur Kosinski, Gerald Llorence, Michael Ralston, Ricardo Ramos, Sergio Rocha, Raul Romero, Carlos Serpas, Raymond Ulmer, and Everardo Villa are dismissed without prejudice.  It is further

    ORDERED, ADJUDGED, AND DECREED that Judgment in the above-captioned matter is hereby entered in favor of Charter and against the following FLSA collective members on the FLSA claims:  Aaron Adams, Chad Arsenault,

Giovanni Antonio Ascencio, Michael Benjamin Atchison, Curtis Back, Jason S. Bardol, Jason L. Beard, Michael Bissonette, Daniel Briganti, Robert L. Brockers, Lucas Buehner, Jon A. Burns, Ruben Carino, Jason Carroll, Rudolfo J. Castillo, Sean Clemens, Christopher Allen Cole, Reginald De Johnette, John De Marco, Edwin Del Moral, Jr., William Delgado, Joe T. Diaz, Stephen Donohue, Wesley A. Downs, Steven Elliott, Mathew P. Evans, Lucas Fernandez, Kenneth W. Fogerson, Hector Fonseca, James Lee Freeze, Jose L. Garcia, Michael Gonzales, Jimmy D. Goodwin, Steven S. Hanna, Christopher Kyle Harter, Antonio L. Hickman, Todd J. Hollenkamp, Robert W. Horton, Carl Hurley, Michael Keck, Spencer Christian Lee, Daniel J. Lencioni, Claude Louie, Eduardo A. Magana, David N. Marquez, Dennis Mingo, David Morales, Chad W. Norton, Gilbert D. Palomares, Antonio Pastoriza, John B. Paulsen, Jorge L. Payan-Marroquin, Abraham Perez, Gary A. Pflaster, Stephen Michael Pillari, Jacob Pniewski, Eddie R. Prior, James Pryor, David A. Reichelt, Tony Lynn Rhodes, Jr., Eduardo Sanchez, Glenn R. Schoelkopf, Larry A. Shepherd, Anthony L. Steward, Mentor Raif Syla, Raymond M. Theobold, Joel C. Travis, Raymond Vasquez, Joseph John Veilleux, David Walker, Daniel Walther, Gregory Webb, Eric V. White, Damann L. Young, Kevin Zelaya.  The foregoing members of the FLSA collective shall take nothing by way of the Complaint, and the FLSA claims of all of the foregoing members are dismissed with prejudice.  It is further

ORDERED, ADJUDGED, AND DECREED that Judgment in the above-captioned matter is hereby entered in favor of Charter and against Gonzales on Gonzales's individual claims and claims brought under PAGA.  Gonzales shall take nothing by way of these claims, and all of Gonzales's claims are dismissed with prejudice.

This is a Final Judgment.

IT IS SO ORDERED.

Date: January 6, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge